FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLIFTON ANDERSON, | NO. ED CV 07-0209 AG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES WALKER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: MARCH 28, 2008.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE